# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JENNIFER ARMSTRONG,**

    Plaintiff,

**-vs-**

              **CASE NO.    3:11-CV-206**

              **Judge Timothy S. Black**
              **Magistrate Judge Michael R. Merz**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 13) of the Magistrate Judge is **ADOPTED** in its entirety**;** the Plaintiff's Objections (Doc. 14) are **OVERRULED**; that the Commissioner's Decision the Plaintiff was not disabled is **AFFIRMED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  May 17, 2012                            **JAMES BONINI, CLERK**

                                                     By: *s/ M. Rogers*
                                                     Deputy Clerk